Steven H. Haney, SBN 121980
Gregory L. Young, SBN 226293
HANEY & YOUNG LLP
1055 West Seventh Street, Suite 1950
Los Angeles, CA 90071
Tel: 213.228.6500 / Fax: 213.228.6501

Attorneys for Plaintiff RONALD ROWLAND

MORGAN, LEWIS & BOCKIUS LLP
Jason Mills 225126
Karen Cho 274810
Karen.cho@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596 Tel: +1.415.442.1000; Fax: +1.415.442.1001

Attorneys for Defendants THE BOEING COMPANY; BOEING DEFENSE, SPACE & SECURITY; BOEING NETWORK & SPACE SYSTEMS

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

JUN 25, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROWLAND, an individual; <br><br> PLAINTIFF, <br><br> v. <br><br> THE BOEING COMPANY, a Delaware Corporation; BOEING DEFENSE, SPACE & SECURITY, a division of BOEING, business entity form unknown; BOEING NETWORK & SPACE SYSTEMS, a part of BOEING DEFENSE, SPACE & SECURITY, a business entity, form unknown, and DOES 1-10; <br><br> DEFENDANTS. | **CASE NO. 2:17-cv-04236-VAP-E** <br><br> [~~PROPOSED~~] **ORDER RE JOINT STIPULATION OF DISMISSAL** |

Plaintiff Ronald Rowland ("Plaintiff"), and Defendants The Boeing Company, Boeing Defense, Space & Security and Boeing Network & Space Systems

1

("Defendants") (collectively, the "Parties") by and through their respective counsel, having resolved the case and having stipulated that this case be dismissed with prejudice, the Court hereby Orders as follows:

The matter is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO OREDERED.

Dated: June 24, 2018

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

## ATTESTATION

I, Gregory L. Young, am the ECF user whose identification and password are being used to file this Joint Stipulation of Dismissal. In compliance with Civil L.R. 5-4.3.4(a)(2), I hereby attest that Karen Cho concurs in this filing.

DATED: June 19, 2018                                HANEY & YOUNG, LLP


                                                    /s/
                                                    GREGORY L. YOUNG